United States District Court
Southern District of Texas
FILED

FEB 0 4 2015

Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

07-60301 CR-COHN MAGISTRATE JUDGE SELTZER

18 U.S.C. § 3146(a)(1)
18 U.S.C. § 401

UNITED STATES OF AMERICA

v.

ONELIO TRIANA,

        Defendant.

_____/

M-15-0175-M-01

FILED BY _____ D.C.
2007 DEC 20 PM 2:35

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about November 15, 2007, in Broward County, in the Southern District of Florida, the defendant,

**ONELIO TRIANA,**

having previously been charged with a violation of Title 18, United States Code, Sections 1029(a)(1) and 1029(c)(1)(A), that is, knowingly and with intent to defraud, using a counterfeit access device; and having been released by the United States District Court for the Southern District of Florida pursuant to Chapter 207 of Title 18, United States Code, Section 3142 et seq., in United States v. Onelio Triana, Case No. 07-60260-CR-COHN, did knowingly and willfully fail to appear for arraignment before said Court as required by the conditions of his release, as ordered by said Court on October 26, 2007; in violation of Title 18, United States Code, Sections 3146(a)(1), 3146(b)(1)(A)(ii), and 3146(b)(2).

## COUNT 2

On or about November 15, 2007, at Broward County, in the Southern District of Florida, the defendant,

## ONELIO TRIANA,

did knowingly and willfully, and in disobedience and resistance to a lawful order and command of the United States District Court for the Southern District of Florida, given at Broward County, Florida on or about October 26, 2007, in the case of <u>United States v. Onelio Triana</u>, Case No.07-60260-CR-COHN, fail to appear for Arraignment as ordered by the Court; in violation of Title 18, United States Code, Section 401(3).

A TRUE BILL

_____
FOREPERSON

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
ROBIN WAUGH-FARRETTA
ASSISTANT UNITED STATES ATTORNEY